UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Derrick Dickey

                                         Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant Derrick Dickey hereby voluntarily consents to participate in the following proceeding via **X** videoconferencing or **X** teleconferencing:

X      Initial Appearance Before a Judicial Officer

X      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X      Bail/Detention Hearing

___     Conference Before a Judicial Officer

/s Derrick Dickey by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Derrick Dickey
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jeffrey Pittell
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge
(Judith C. McCarthy)