

U.S. Department of Justice

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 16, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

     **Re:**   *United States v. Jordan Campbell, et al.*, 20 Cr. 625 (KMK)

Dear Judge Karas:

     The Government and all parties in this matter are in the later stages of plea negotiations. Finalizing those resolutions have been hampered by the uptick in COVID-19 cases and related restrictions at various jails. Given this, the parties respectfully request a six-week adjournment to allow for pleas to be finalized.[1] The Government also respectfully requests that time be excluded under the Speedy Trial Act until the date of the rescheduled status conference. Such an exclusion would be in the interest of justice to allow the parties time to continue discussing pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A). All parties consent to the adjournment and exclusion of time

Granted. The 1/18/22 conference is adjourned to
3/ 18 /22, at 9:00. Time is excluded until
then, in the interests of justice, to allow the Parties
to finalize their plea discussions, which have been
disrupted by the recent spike in Covid cases. The
interests of justice from this exclusion outweigh
Defendants' and the public's interest in a speedy
trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

1/18/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:

/s
Shiva H. Logarajah
David R. Felton
Assistant United States Attorneys
Tel: 914-993-1918
     212-637-2299

cc:    All Counsel (via ECF)

---

[1] Defendant Jordan Campbell was accepted into the Southern District of New York's Young Adult Opportunity Program and his case was reassigned to the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, for all purposes.