

Case 7:20-cr-00625-KMK  Document 54  Filed 03/15/22  Page 1 of 1

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 14, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Jordan Campbell, et al.*, 20 Cr. 625 (KMK)

Dear Judge Karas:

    The Government and all remaining parties in this matter are close to concluding plea negotiations and resolving this case without the need for a trial. Given this posture, the parties respectfully request a six-week adjournment of the March 18, 2022 status conference to allow the parties to finalize pre-trial dispositions.[1] The Government also respectfully requests that time be excluded under the Speedy Trial Act until the date of the rescheduled status conference. Such an exclusion would be in the interest of justice to allow the parties time to continue discussing and finalizing pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A). All parties consent to the adjournment and exclusion of time

> Granted. The 3/18 conference is adjourned to 5/18/22, at 11:00. Time is excluded until then, in the interests of justice, to allow the Parties to complete their discussions toward a disposition of this case. The interests of justice from this exclusion outweigh the public's and Defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).
>
> So Ordered.
>
> 3/14/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Shiva H. Logarajah
David R. Felton
Assistant United States Attorneys
Tel: 914-993-1918
     212-637-2299

cc:    All Counsel (via ECF)

---

[1] Defendant Jordan Campbell was accepted into the Southern District of New York's Young Adult Opportunity Program and his case was reassigned to the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, for all purposes.