**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 11, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    *United States v. Jordan Campbell, et al.*, 20 Cr. 625 (KMK)

Dear Judge Karas:

        The Government has extended offers to the remaining defendants in this matter and it is the Government's understanding that the remaining defendants intend to plead guilty pursuant to plea agreements. Defendant Derrick Dickey is scheduled to plead guilty on July 29 before the Honorable Paul E. Davison, United States Magistrate Judge for the Southern District of New York. And Defendant Terrance Patterson intends to plead in the near future. Given this posture, the parties respectfully request a six-week adjournment of the July 14, 2022 status conference to allow the parties to finalize pre-trial dispositions.[1] The Government also respectfully requests that time be excluded under the Speedy Trial Act until the date of the rescheduled status conference. Such an exclusion would be in the interest of justice to for the entry of guilty pleas in this matter. *See* 18 U.S.C. § 3161(h)(7)(A). All parties consent to the adjournment and exclusion of time.

Granted. The 7/14 conference is adjourned to 9/21/22, at 3:00 Time is excluded until then, in the interests of justice, to allow the Parties to complete their discussions toward a disposition of this case. The interests of justice from this exclusion outweigh the public's and Defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
*[signature]*
7/12/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/
      Shiva H. Logarajah
      David R. Felton
      Assistant United States Attorneys
      Tel: 914-993-1918
           212-637-2299

cc:    All Counsel (via ECF)

---

[1] Defendant Jordan Campbell was accepted into the Southern District of New York's Young Adult Opportunity Program and his case was reassigned to the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, for all purposes.