MEMO ENDORSED

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
Tel (516) 829-2299
*jp@jpittell.com*

December 10, 2022

Hon. Kenneth M. Karas
U.S. District Court
300 Quarropas St
White Plains, NY

Re:   U.S. v. Campbell, et al. {Derrick Dickey}, 20-cr-625 (KMK)

Dear Judge Karas:

I am counsel for Derrick Dickey, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion for an adjournment of Mr. Dickey's sentencing currently scheduled for January 4, 2023.

I make this request as I will not be able to appear on the January 4th date. In addition, I am still awaiting letters and other documents from Mr. Dickey's family.

Based upon the foregoing, I respectfully request the sentencing be adjourned to January 27, 2023 at 12 p.m. It is my understanding that this date is mutually available on the Court and the parties' calendars.

The Government consents to this request.

Granted, but there will be no further extensions.

So Ordered.
                    12/11/22

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Shiva Logarajah, AUSA